IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00187-WJM-KLM

SUSAN B. MCSWEENEY

     Plaintiff,

v.

ANN B. GENTRY

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion to Reset the Scheduling Conference and Related Deadlines** [#9][1] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#9] is **GRANTED**.  Accordingly,

     IT IS FURTHER **ORDERED** that the Scheduling Conference set for May 8, 2014 at 10:30 a.m. is **VACATED** and **RESET** to **June 23, 2014 at 10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **June 16, 2014**.

     Dated:  April 9, 2014

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.