**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00187-WJM-KLM

SUSAN B. MCSWEENEY,

    Plaintiff,

v.

ANN B. GENTRY,

    Defendant.

---

JUDGMENT PURSUANT TO FED. R. CIV. P. 68

---

In accordance with the orders filed during the pendency of this case and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

Pursuant to the Offer of Judgment served on December 4, 2014 and the Acceptance thereof filed December 22, 2014, (Docket No. 23) with proof of service, it is

ORDERED that Judgment is hereby entered in favor of Plaintiff for $250,000, which sum includes interest and costs accrued to the date of the Offer. It is

FURTHER ORDERED that post-judgment interest, as determined pursuant to 28 U.S.C. § 1961, shall accrue at the rate of  0.18% from the date of entry of Judgment.

Dated at Denver, Colorado this  3rd  day of February, 2015.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:  s/Deborah Hansen
                Deborah Hansen, Deputy Clerk